Next Case 23-5120 United States v. Paycer Daniel Kaplan